**FILED**

JUL 2 4 1992

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| GEORGE I. BENNY, | ) | CR-82-0620 RFP |
|  | ) | C-92-2571-RFP |
| Petitioner, | ) | JUDGMENT |
| vs. | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
| Respondent. | ) |  |

The court having ruled in its order dated July 24, 1992, that this Petition for Error Coram Nobis be dismissed,

IT IS HEREBY ORDERED that judgment be entered accordingly.

DATED: July 24, 1992.

_____
United States District Judge

ENTERED IN CIVIL DOCKET   AUG 0 4 1992

3